UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS J. BEAL and DONNA J. BEAL, husband and wife,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; AMERICANWEST BANK, as successor to United Security Bank; and FERRY COUNTY, WASHINGTON, a Municipal Corporation,<br><br>    Defendants. | NO. CV-10-0257-EFS<br><br>**ORDER GRANTING THE STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT AMERICANWEST BANK** |
| UNITED STATES OF AMERICA,<br><br>    Cross-Complainant,<br><br>   v.<br><br>THOMAS J. BEAL and DONNA J. BEAL, husband and wife; AMERICANWEST BANK, as successor to United Security Bank; FERRY COUNTY, WASHINGTON, a Municipal Corporation; GE CAPITAL (Formerly TRANSAMERICA CREDIT CORPORATION); CROWN RESOURCES CORPORATION; and TELEVISION ASSOCIATION OF REPUBLIC, WA, INC.,<br><br>    Cross-Defendants. | |

On May 15, 2012, all parties 1) agreed to dismiss Plaintiffs Thomas and Donna Beal's claims against Defendant AmericanWest Bank, and 2) acknowledged that the stipulated dismissal does not limit AmericanWest

ORDER * 1

Bank's ability to recover attorney's fees against the Beals which arise from or relate to the above-capationed matter.  ECF No. 27.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED:**

1. The Beals' claims against AmericanWest Bank are **DISMISSED.**

2. This dismissal does not affect AmericanWest Bank's right to file a motion with this Court to seek attorney's fees and costs arising out of or related to the above-captioned action from the Beals.

3. The case caption shall be **AMENDED** to reflect the prior dismissal of Cross-Defendants GE Capital (formerly Transamerica Credit Corp.) and Television Association of Republic, WA, Inc.  ECF No. 20.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___22nd___ day of May 2012.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2010\0257.stip.dismiss.portion.wpd

ORDER * 2