UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS J. BEAL and DONNA J. BEAL, husband and wife,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; AMERICANWEST BANK, as successor to United Security Bank; and FERRY COUNTY, WASHINGTON, a Municipal Corporation,<br><br>      Defendants. | NO. CV-10-0257-EFS<br><br>**ORDER GRANTING THE REMAINING PARTIES' STIPULATED DISMISSAL, STRIKING ALL HEARINGS AND TRIAL, AND CLOSING FILE** |
| UNITED STATES OF AMERICA,<br><br>      Cross-Complainant,<br><br>   v.<br><br>THOMAS J. BEAL and DONNA J. BEAL, husband and wife; AMERICANWEST BANK, as successor to United Security Bank; FERRY COUNTY, WASHINGTON, a Municipal Corporation; GE CAPITAL (Formerly TRANSAMERICA CREDIT CORPORATION); CROWN RESOURCES CORPORATION; and TELEVISION ASSOCIATION OF REPUBLIC, WA, INC.,<br><br>      Cross-Defendants. | |

    Before the Court, without oral argument, is the Stipulated Motion for Entry of Order of Dismissal of All of Plaintiffs' Claims Against

ORDER * 1

Defendant Ferry County, Washington, ECF No. 69. Consistent with Plaintiffs Thomas and Donna Beals and Ferry County's agreement and Federal Rule of Civil Procedure 41(a), the Court dismisses the only remaining claims brought by Plaintiffs: those against Ferry County.

In addition, the Court formally dismisses the cross-claims brought against Cross-Defendant Crown Resources Corporation, given that the Court previously dismissed the cross-claims filed by the U.S. Department of Agriculture. ECF No. 67.

Accordingly, because all claims and cross-claims are now resolved, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Entry of Order of Dismissal of All of Plaintiffs' Claims Against Defendant Ferry County, Washington, **ECF No. 69**, is **GRANTED**.

2. The U.S. Department of Agriculture's cross-claims against Crown Resources Corporation are **DISMISSED** pursuant to ECF No. 67.

3. All hearings and trial-related dates and deadlines are **STRICKEN**.

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___7th___ day of September 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge

Q:\EFS\Civil\2010\0257.dism.final.lc1.wpd